UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA, *ex rel.*
BOAZ HIRSHBERG,

        Plaintiff,

v.

ANAYA GEMS, INC. *et al.*,

        Defendants.

18 Civ. 3042 (ER)

---

UNITED STATES OF AMERICA,

        Plaintiff-Intervenor,

v.

ANAYA GEMS, INC. and ANSHUL GANDHI,

        Defendants.

---

WHEREAS, by notice dated July 30, 2020, the United States of America partially intervened in the above-captioned *qui tam* action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4).

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant

to the Court's prior Orders dated December 10, 2018 and May 20, 2020, and except as provided for in Paragraph 3 below.

      3.      The seal shall be lifted as to the United States' Notice of Election to Partially Intervene, the United States' Complaint-In-Intervention, the Stipulation and Order of Settlement and Dismissal entered into by the United States, Defendant Anshul Gandhi, and the Relator, the Stipulation and Order of Settlement and Release Between the United States and Relator, and the Relator's Complaint.

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Dated: ___Aug. 3___, 2020