# Exhibit A

# Exhibit A.1



# AIR CLEARANCE ASSOCIATION, Inc.

### INTERNATIONAL AIR FREIGHT SPECIALISTS
### CUSTOMS BROKERS

Telephone: (718) 656-5150
Fax:       (718) 656-5780

One Cross Island Plaza
Suite 124
Rosedale, NY 11422

| OUR REF. NO. | ENTRY NO. |
|---|---|
| 85359-1 | |

| INVOICE DATE | INVOICE NO. |
|---|---|
| 07/31/2017 | 001  196354 |

| DATE ARRIVED | B/L NO. / AWB NO. |
|---|---|
| 07/23/2017 | 72461088871 |

| PORT OF LADING | VESSEL / AIRLINE |
|---|---|
| | LX/016 |

TO
ANAYA GEMS INC
31-00 47TH AVE
LONG ISLAND CITY, NY 11101

RECEIVED
DEC 12 2017

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS | ACCOUNT NO. |
|---|---|---|
| HB# 34055344248
E/C MALA | 167 CTNS, JEWELRY, 204KG, 450LB
ENTRY# 821-0258484-2 AIRLINE: CROSS AIR AG
I/R: ANAYA GEMS INC
U/C: ANAYA GEMS INC | |

| IMPORTANT | DESCRIPTION OF CHARGES | AMOUNT |
|---|---|---|
| It is understood and agreed that in the regular conduct of its business, Air Clearance Association, Inc. may entrust or deliver any property to any carrier of its choice, subject to all the usual conditions of transportation of such carrier; that the carrier so selected shall be regarded exclusively as the agent of the owner of said property; that Air Clearance Association, Inc. shall not be responsible for negligence or non-performance by such carrier, nor for any error of judgment of misinterpretation of instructions; and that in no event shall the owner of said property demand or receive for loss or damage more than $50.00, the maximum sum at which each package is hereby valued.

If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to "U.S. Customs and Border Protection" which shall be delivered to Customs by the broker. | TOTAL DUTY AMOUNT IS $38,322.71
PAYABLE TO U.S. CUSTOMS & BORDER PROTECTION
BRINKS DOCUMENT FEE PAID TO BRINKS
ENTRY SUMMARY/INBOUND ENTRY
ADD'L CLASSIFICATIONS
MESSENGER SERVICES | 

35.00
75.00
45.00
10.00 |
| SEE REVERSE FOR TERMS & CONDITIONS OF SERVICE | PAYABLE UPON PRESENTATION            TOTAL DUE: | 165.00 |

ALL SHIPMENTS AND SERVICES ARE SUBJECT TO TERMS AND CONDITIONS OF THE NATIONAL CUSTOM BROKERS AND FORWARDERS OF AMERICA, INC., WHICH ARE ON THE BACK HEREOF.

PLTF 00358

## TERMS AND CONDITIONS OF SERVICE
### (Please Read Carefully)

1. **Services by Third Parties.** ...

2. **Liability Limitations of Third Parties.** ...

3. **Choosing Routes or Agencies.** ...

4. **Quotations Not Binding.** ...

5. **Duty to Furnish Information.** ...

6. **Declaring Higher Valuation.** ...

7. **Insurance.** ...

8. **Limitation of Liability for Loss, etc.** ...

9. **Presenting Claims.** ...

10. **Advancing Money.** ...

11. **Indemnification for Freight, Duties, etc.** ...

12. **C.O.D. Shipments.** ...

13. **General Lien and Right to Sell Customer's Property.** ...

14. **Compensation of Company.** ...

15. **No Responsibility For Governmental Requirements.** ...

16. **Indemnity Against Liability Arising From The Importation of Merchandise.** ...

17. **Loss, Damage or Expense Due to Delay.** ...

18. **Construction of Terms and Venue.** ...

Approved by the National Customs Brokers & Forwarders Association of America, Inc. (Revised 6/94)



# AIR CLEARANCE ASSOCIATION, Inc.

**INTERNATIONAL AIR FREIGHT SPECIALISTS**
**CUSTOMS BROKERS**

Telephone: (718) 656-5150
Fax:            (718) 656-5780

One Cross Island Plaza
Suite 124
Rosedale, NY 11422

| OUR REF. NO. | ENTRY NO. |
|---|---|
| 85359-1 | |

| INVOICE DATE | INVOICE NO. |
|---|---|
| 07/31/2017 | 001  196354 |

| DATE ARRIVED | B/L NO. / AWB NO. |
|---|---|
| 07/23/2017 | 72461088871 |

| PORT OF LADING | VESSEL / AIRLINE |
|---|---|
| | LX/016 |

TO

ANAYA GEMS INC
31-00 47TH AVE
LONG ISLAND CITY, NY 11101

| MARKS AND NUMBERS | DESCRIPTION OF PACKAGES AND GOODS | ACCOUNT NO. |
|---|---|---|
| HB# 34055344248<br>E/C MALA | 167 CTNS, JEWELRY, 204KG, 450LB<br>ENTRY# 821-0258484-2 AIRLINE: CROSS AIR AG<br>I/R: ANAYA GEMS INC<br>U/C: ANAYA GEMS INC | |

| IMPORTANT | DESCRIPTION OF CHARGES | AMOUNT |
|---|---|---|
| It is understood and agreed that in the regular conduct of its business, Air Clearance Association, Inc. may entrust or deliver any property to any carrier of its choice, subject to all the usual conditions of transportation of such carrier; that the carrier so selected shall be regarded exclusively as the agent of the owner of said property; that Air Clearance Association, Inc. shall not be responsible for negligence or non-performance by such carrier, nor for any error of judgment of misinterpretation of instructions; and that in no event shall the owner of said property demand or receive for loss or damage more than $50.00, the maximum sum at which each package is hereby valued.<br><br>If you are the importer of record, payment to the broker will not relieve you of liability for Customs charges (duties, taxes, or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to "U.S. Customs and Border Protection" which shall be delivered to Customs by the broker. | TOTAL DUTY AMOUNT IS $38,322.71<br>PAYABLE TO U.S. CUSTOMS & BORDER PROTECTION<br>BRINKS DOCUMENT FEE PAID TO BRINKS<br>ENTRY SUMMARY/INBOUND ENTRY<br>ADD'L CLASSIFICATIONS<br>MESSENGER SERVICES | <br><br><br>35.00<br>75.00<br>45.00<br>10.00 |

| SEE REVERSE<br>FOR TERMS & CONDITIONS<br>OF SERVICE | PAYABLE UPON PRESENTATION | TOTAL DUE: | |
|---|---|---|---|

ALL SHIPMENTS AND SERVICES ARE SUBJECT TO TERMS AND CONDITIONS OF THE NATIONAL CUSTOM BROKERS AND FORWARDERS OF AMERICA, INC., WHICH ARE ON THE BACK HEREOF.

PLTF 00360

## TERMS AND CONDITIONS OF SERVICE
### (Please Read Carefully)

Approved by the National Customs Brokers & Forwarders Association of America, Inc. (Revised 6/94)

BOX O 001

Form Approved OMB No. 1651-0022

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

**ENTRY SUMMARY**

| | | |
|---|---|---|
| 1. Filer Code/Entry No. 321-0258484-2 | 2. Entry Type 01 ABI/N | 3. Summary Date 08/03/2017 |
| 4. Surety No. 956 | 5. Bond Type 9 | 6. Port Code 4701 | 7. Entry Date 07/24/2017 |

| | | | |
|---|---|---|---|
| 8. Importing Carrier X/016 | 9. Mode of Transport 40 | 10. Country of Origin HK | 11. Import Date 07/23/2017 |
| 12. B/L or AWB No. 72461088871 | 13. Manufacturer ID HKMANJE11KOW | 14. Exporting Country HK | 15. Export Date 07/23/2017 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs NONE | 19. Foreign Port of Lading | 20. U.S. Port of Unlading 4701 |
| 21. Location of Goods/G.O. No. F620 | 22. Consignee No. SAME | 23. Importer No. 26-253490000 | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| ANAYA GEMS INC 31-00 47TH AVE | ANAYA GEMS INC 31-00 47TH AVE |
| City LONG ISLAND CITY State NY Zip 1101 | City LONG ISLAND CITY State NY 1101 |

| 27. Line No. | 28. Description of Merchandise 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|---|---|
| | 167 CTNS HBL: 34055344248   QTY: 167 | | | N | | |
| | MANJUSAKA    INVC 001, 167 CTNS | | | | | |
| 001 | SILVER JEWELRY O/$18/DZ 7113.11.5000 | 200 | X | 726000 C2544 | 5% | 36300.00 |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | 2514.86 |
| 002 | OTH NECKLACE/CHAIN OF GOL 7113.19.2900 | 1 | X | 333 C1 | 5.5% | 18.32 |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | 1.15 |
| | 003 OTH PREC MET ART OF JEWEL | | | | | |

| Other Fee Summary for Block 39 499    485.00 | 35. Total Entered Value $ 756146.00 | CBP USE ONLY | TOTALS |
|---|---|---|---|
| | | A. LIQ CODE | B. Ascertained Duty | 37. Duty 37837.71 |
| | Total Other Fees $ 485.00 | REASON CODE | C. Ascertained Tax | 38. Tax .00 |
| | | | D. Ascertained Other | 39. Other 485.00 |
| | | | E. Ascertained Total | 40. Total 38322.71 |

\*\*\* CONTINUED \*\*\*

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☐ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.   I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.

I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME    TITLE | SIGNATURE | DATE |
|---|---|---|
| ATTY-IN-FACT | | 08/03/2017 |

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| AIR CLEARANCE ASSOCIATION, INC. 1 CROSS ISLAND PLAZA ROSEDALE, NY 11422 1-718-656-5150 (MALA) | 001 85359-1 |
| | Paperwork Reduction Act information printed on reverse. |
| | CBP Form 7501 (06/09) |

PART 4 – MULTIPLE USE

PLTF 00362

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0022. The estimated average time to complete this application is 10 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

Form Approved OMB No. 1651-0022

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| 321-0258484-2 | 01 ABI/N | 08/03/2017 |

| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
|---|---|---|---|
| 356 | B | 4701 | 07/24/2017 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| X/016 | 40 | HK | 07/23/2017 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| 72461088B71 | HKMANJEWI1KOW | HK | 07/23/2017 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | NONE | | 4701 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| F620 | SAME | 26-253490000 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| ANAYA GEMS INC<br>31-00 47TH AVE | ANAYA GEMS INC<br>31-00 47TH AVE |
| City LONG ISLAND CITY State NY Zip 1101 | City LONG ISLAND CITY State NY Zip 1101 |

| 27. Line No. | 28. Description of Merchandise<br>29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars Cents |
|---|---|---|---|---|---|---|
| | 7113.19.5090 | 1 | X | 1802<br>C6 | 5.5% | 99.11 |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | 6.24 |
| 004 | SILVER JEWELRY O/\$18/DZ,<br>7113.11.5000 | 1 | X | 824<br>C3 | 5% | 41.20 |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | 2.85 |
| 005 | SILVER JEWELRY O/\$18/DZ,<br>7113.11.5000 | 1 | X | 480<br>C2 | 5% | 24.00 |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | 1.66 |
| 006 | OTH PREC MET ART OF JEWEL<br>7113.19.5090 | | X | 3886<br>C5 | 5.5% | 213.73 |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| | \$ | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| | Total Other Fees<br>\$ | REASON CODE | C. Ascertained Tax | 38. Tax |
| | \$ | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

**36. DECLARATION OF IMPORTER OF RECORD**
**(OWNER OR PURCHASER) OR AUTHORIZED AGENT**

\*\*\* CONTINUED \*\*\*

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, **OR** ☐ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|
| | | | |

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| | |
| | Paperwork Reduction Act information printed on reverse. |

CBP Form 7501 (06/09)

PART 4.– MULTIPLE USE

PLTF 00364

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0022 The estimated average time to complete this application is 10 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street NW, Washington DC 20223.

Form Approved OMB No. 1651-0022

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| 821-0258484-2 | 01 ABI/N | 08/03/2017 |
| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
| 856 | 8 | 4701 | 07/24/2017 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| LX/016 | 40 | HK | 07/23/2017 |

| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
|---|---|---|---|
| 72461088871 | HKMANJEW11KOW | HK | 07/23/2017 |

| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
|---|---|---|---|---|
| | | NONE | | 4701 |

| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
|---|---|---|---|
| F620 | SAME | 26-253490000 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| ANAYA GEMS INC<br>31-00 47TH AVE | ANAYA GEMS INC<br>31-00 47TH AVE |
| City LONG ISLAND CITY  State NY  Zip 1101 | City LONG ISLAND CITY  State NY  11101 |

| 27.<br>Line No. | 28. Description of Merchandise<br>29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32.<br>A. Entered Value B. CHGS C. Relationship | 33.<br>A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax<br>Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | MERCHANDISE PROCESSING FEE | | | C14 | .3464% | 13.46 | |
| 007 | SILVER JEWELRY O/$18/DZ,<br>7113.11.5000 | 1 | X | 10853<br>C38 | 5% | 542.65 | |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | 37.59 | |
| 008 | SILVER JEWELRY O/$18/DZ,<br>7113.11.5000 | 1 | X | 11908<br>C42 | 5% | 595.40 | |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | 41.25 | |
| 009 | OTH NECKLACE/CHAIN OF GOL<br>7113.19.2900 | 1 | X | 60 | 5.5% | 3.30 | |
| | MERCHANDISE PROCESSING FEE | | | | .3464% | 21 | |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | TOTALS |
|---|---|---|---|
| | $ | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| | Total Other Fees $ | REASON CODE | C. Ascertained Tax | 38. Tax |
| | | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above,  OR ☐ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true,  OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief.  I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

*** CONTINUED ***

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| | Paperwork Reduction Act information printed on reverse. |

CBP Form 7501 (06/09)

**PART 4 – MULTIPLE USE**

PLTF 00366

DEPARTMENT OF HOMELAND SECURITY
U.S. Customs and Border Protection
ENTRY SUMMARY

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0022. The estimated average time to complete this application is 10 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

CBP CONTINUATION FOR ...

Form Approved OMB No. 1651-0022

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. | 2. Entry Type | 3. Summary Date |
|---|---|---|
| 321-0258484-2 | 01 ABI/N | 08/03/2017 |
| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |
| 356 | 3 | 4701 | 07/24/2017 |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
|---|---|---|---|
| LX/016 | 40 | HK | 07/23/2017 |
| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
| 72461088871 | HKMANJEW11KOW | HK | 07/23/2017 |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading | 20. U.S. Port of Unlading |
| | | NONE | | 4701 |
| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |
| F620 | SAME | 26-253490000 | |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
|---|---|
| ANAYA GEMS INC | ANAYA GEMS INC |
| 31-00 47TH AVE | 31-00 47TH AVE |
| City LONG ISLAND CITY State NY Zip 1101 | City LONG ISLAND CITY State NY Zip 1101 |

| 27. Line No. | 28. Description of Merchandise | | 29. A. HTSUS No. B. AD/CVD Case No. | 30. A. Gross Weight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. AD/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|---|---|
| G.I.V. US$ | | | 756146.00 | | | | | | |
| N.I.V. | | | 756146.00 | | | | | | |

| Other Fee Summary for Block 39 | 35. Total Entered Value | CBP USE ONLY | | TOTALS |
|---|---|---|---|---|
| | $ | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| | Total Other Fees $ | REASON CODE | C. Ascertained Tax | 38. Tax |
| **36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT** | | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total |

I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, **OR** ☐ owner or purchaser or agent thereof. I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
|---|---|---|---|

| 42. Broker/Filer Information (Name, address, phone number) | 43. Broker/Importer File No. |
|---|---|
| | Paperwork Reduction Act information printed on reverse. |

CBP Form 7501 (06/09)

**PART 4 – MULTIPLE USE**

Paperwork Reduction Act Statement: An agency may not conduct or sponsor an information collection and a person is not required to respond to this information unless it displays a current valid OMB control number and an expiration date. The control number for this collection is 1651-0022. The estimated average time to complete this application is 10 minutes. If you have any comments regarding the burden estimate you can write to U.S. Customs and Border Protection, Office of Regulations and Rulings, 799 9th Street, NW., Washington DC 20229.

# MJ MANJUSAKA JEWELERS CO., LTD

UNIT 08,12/FL.,TOWER A FOCAL IND  CENTRE,21 MAN LOK STREET,HUNG HOM,KOWLOON,HONG KONG

TEL:(852)27657983-6  FAX:(852)2362-8403  EMAIL:manjusaka@manjusaka.com.hk

## COMMERCIAL INVOICE

BILL TO / BUYER :

Anaya Gems, Inc.

31-00 47TH AVENUE,5TH FLOOR

LONG ISLAND CITY,NY 11101

ATTENTION:

TEL:(718)-391-7400  FAX:(718)-391-7575

SHIP TO :

Anaya Gems, Inc.

31-00 47TH AVENUE,5TH FLOOR

LONG ISLAND CITY,NY 11101

ATTENTION: /

TEL:(718)-391-7400  FAX:(718)-391-7575

INVOICE#: MM170014

TYPE: DLC

DATE: 2017-07-21

REVISE:

PAGE: 2 / 2

REMARK:

\*\*COUNTRY OF ORIGIN OF CHINA

\*\*925 NET WEIGHT=244384.6\*\*GM

NOT SOLID WOOD PACKING MATERIAL

PAYMENT TERMS:

(DUE DATE ON 2017-10-29)   100 DAYS AFTER SHIPMENT

SILVER+FINDINGS(V)

LABOUR

TOTAL USD 726,000.00

Trade term: FCA Hong Kong

Settlement remit to:

DBS Bank (Hong Kong) Ltd.

– SWIFT : DHBKHKHH

A/C: 016-478-000073565

-Goods sold are not returnable and refundable.

-Goods Mentioned in this invoice will remain our property until full pay for them

has been received.

| | | |
|---|---|---|
| TOTAL : | 132000 | 726,000.00 |
| Add chain | | 0.00 |
| ADJUSTMENT | | 0.00 |
| ADD PACKING | | 0.00 |
| Add tag | | 0.00 |
| INSURANCE | | 0.00 |
| NET TOTAL: | | 726,000.00 |

RECEIVED BY:

TRACKING:

PREPARED BY:   bell(HK)

Diamonds here in invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United nations resolution The seller hereby guarantees that these diamonds are conflict free based on personal  knowledge and/or written guarantees provided by the supplier of these diamonds

# MJ MANJUSAKA JEWELERS CO., LTD

UNIT 08,12/FL.,TOWER A FOCAL IND CENTRE,21 MAN LOK STREET,HUNG HOM,KOWLOON,HONG KONG
TEL:(852)27657983-6  FAX:(852)2362-8403  EMAIL:manjusaka@manjusaka.com.hk

## COMMERCIAL INVOICE

BILL TO / BUYER :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION:
TEL:(718)-391-7400  FAX:(718)-391-7575

SHIP TO :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION: /
TEL:(718)-391-7400  FAX:(718)-391-7575

INVOICE#: MF170864
TYPE: DLC
DATE: 2017-07-22
REVISE:
PAGE: 4 / 4

REMARK:
 ALL ITEM MAIN COMPONENT: 10K GOLD JEWELLERY.
**COUNTRY OF ORIGIN OF CHINA
**10K NET WEIGHT=39.908**GM
**10KP NET WEIGHT=42.838**GM
**10KW NET WEIGHT=5.055**GM
**925 NET WEIGHT=55.42**GM
**Paper NET WEIGHT=0**GM
NOT SOLID WOOD PACKING MATERIAL

| | | |
|---|---|---|
| COPPER+FINDINGS(V) | | 1.00 |
| GOLD+FINDINGS(V) | | 1,591.59 |
| SILVER+FINDINGS(V) | | 30.20 |
| LABOUR | | 765.20 |
| LABOUR(S) | | 0.00 |
| FINDINGS(B) | | 0.00 |
| STONE(B) | | 0.00 |
| STONE(V) | | 571.60 |

PAYMENT TERMS:
(DUE DATE ON 2017-09-30)  2 months EOM
                COPPER+FINDINGS(V)
                GOLD+FINDINGS(V)
                SILVER+FINDINGS(V)
                LABOUR
                STONE(V)
                TOTAL USD 2,959.59

| | | |
|---|---|---|
| TOTAL : | 36 | 2,959.59 |
| Add chain | | 0.00 |
| ADJUSTMENT | | 0.00 |
| ADD PACKING | | 0.00 |
| Add tag | | 0.00 |
| INSURANCE | | 0.00 |
| NET TOTAL: | | 2,959.59 |

Trade term: FCA Hong Kong
Settlement remit to:
DBS Bank (Hong Kong) Ltd.
– SWIFT : DHBKHKHH
A/C: 016-478-788185642 (USD)

RECEIVED BY:

TRACKING:  34055344248

PREPARED BY:  bell(HK)

-Goods sold are not returnable and refundable.
-Goods Mentioned in this invoice will remain our property until full pay for them
has been received.

PLTF 00371

# MJ MANJUSAKA JEWELERS CO., LTD

UNIT 08,12/FL.,TOWER A FOCAL IND CENTRE,21 MAN LOK STREET,HUNG HOM,KOWLOON,HONG KONG
TEL:(852)27657983-6  FAX:(852)2362-8403  EMAIL:manjusaka@manjusaka.com.hk

## COMMERCIAL INVOICE

BILL TO / BUYER :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION:
TEL:(718)-391-7400 FAX:(718)-391-7575

SHIP TO :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION: /
TEL:(718)-391-7400 FAX:(718)-391-7575

INVOICE#: MF170865
TYPE: DLC
DATE: 2017-07-22
REVISE:
PAGE: 3 / 3

| JS#/Item# | Description Of Goods | | | QTY | | Unit(USD) | Total(USD) |
|---|---|---|---|---|---|---|---|
| 14  1706123 | SS Cubic Zirconium-RING 7# | | | 3 | PC | 16.8175 | 50.4525 |
| SSRK105854CZ | 925 2.52  SILVER BASE 15.83 | LB $9.35 | | | | | |
| K105854 | 2 CW  0.259 | 12 CZ  0.532 | FULL W 8.83G | | | | |
| MS-S741(MO)LS | 2 ZR  0.0093 | 2 F22RD925-2.5/0015  0.0513 | | | | | |
| | 2 F22RD925-2/0003  0.038 | 2 F22RD925-3.5/006  0.0863 | | | | | |
| | 2 F22RD925-4/0085  0.0877 | | | | | | |
| | TOTAL  W:147.95  STONE:4.8133 | | | | | | |

REMARK:
  ALL ITEM MAIN COMPONENT: 925 SILVER JEWELLERY
**COUNTRY OF ORIGIN OF CHINA
**925 NET WEIGHT=90.425**GM
**Paper NET WEIGHT=0**GM
**STEEL NET WEIGHT=0**GM
NOT SOLID WOOD PACKING MATERIAL

| | |
|---|---|
| COPPER+FINDINGS(V) | 0.40 |
| GOLD+FINDINGS(V) | 0.00 |
| SILVER+FINDINGS(V) | 46.95 |
| LABOUR | 348.21 |
| LABOUR(S) | 0.00 |
| FINDINGS(B) | 0.00 |
| STONE(B) | 0.00 |
| STONE(V) | 85.40 |

PAYMENT TERMS:
(DUE DATE ON 2017-09-30)   2 months EOM
                COPPER+FINDINGS(V)
                SILVER+FINDINGS(V)
                LABOUR
                STONE(V)
                TOTAL USD 480.96

| | | |
|---|---|---|
| TOTAL . | 18 | 480.96 |
| Add chain | | 0.00 |
| ADJUSTMENT | | 0.00 |
| ADD PACKING | | 0.00 |
| Add tag | | 0.00 |
| INSURANCE | | 0.00 |

Trade term: FCA Hong Kong
Settlement remit to:
DBS Bank (Hong Kong) Ltd.
– SWIFT : DHBKHKHH
A/C: 016-478-788185642 (USD)

NET TOTAL:        480.96

RECEIVED BY:

TRACKING:    34055344248

-Goods sold are not returnable and refundable
-Goods Mentioned in this Invoice will remain our property until full pay for them
 has been received

PREPARED BY:   bell(HK)

PLTF 00372

# MJ MANJUSAKA JEWELERS CO., LTD

UNIT 08,12/FL.,TOWER A FOCAL IND  CENTRE,21 MAN LOK STREET,HUNG HOM,KOWLOON,HONG KONG
TEL:(852)27657983-6  FAX:(852)2362-8403  EMAIL:manjusaka@manjusaka.com.hk

## COMMERCIAL INVOICE

BILL TO / BUYER :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION.
TEL:(718)-391-7400 FAX:(718)-391-7575

SHIP TO :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION: /
TEL:(718)-391-7400 FAX:(718)-391-7575

INVOICE#: MF170866
TYPE: OTC
DATE: 2017-07-22
REVISE:
PAGE: 1 / 1

| JS#/item# | Description Of Goods | | QTY | | Unit(USD) | Total(USD) |
|---|---|---|---|---|---|---|
| 1 1705324 RYEK105666DM 3ELEY370D 72346(2HL) | 10KY DIAMOND-EAR RING 10K 1.4897  GOLD BASE(OZ) 1258.4 10 CD 0.2316 | LB $5.85 FULL W 38.4G 2 OT-10KYWIRE2  0 | 25 | PRS | 32.4589 | 811.4725 |
| 2 1705430 YWBK105681DM 9CWB4383D 72626(6LN) | 14KW DIAMOND-BRACELET (MIXED CHAIN) 14KW 6.1251  GOLD BASE(OZ) 1245.5 31 CD 1.9924 1 OT-14KW009KDBR-5.5 4.5629 | LB $21.05 FULL W 188.47G 2 BH100COVERING  0 | 17 | PC | 178.9322 | 3,041.8474 |
| 3 1705860 RWEK102922DM 3EWGE30D 72695(6LN).com | 10KW DIAMOND-EAR RING 10KW 1.41  GOLD BASE(OZ) 1218.65 10 CD 0.1 | LB $7.05 FULL W 1.43G | 1 | PRS | 32.3907 | 32.3907 |

TOTAL  W:228.3  STONE:2.324

REMARK·
ALL ITEM MAIN COMPONENT: 14K GOLD JEWELLERY
**COUNTRY OF ORIGIN OF CHINA
**10K NET WEIGHT=37.243**GM
**10KW NET WEIGHT=1.41**GM
**14KW NET WEIGHT=104.127**GM
**Paper NET WEIGHT=0**GM
NOT SOLID WOOD PACKING MATERIAL

| | |
|---|---|
| COPPER+FINDINGS(V) | 0.85 |
| GOLD+FINDINGS(V) | 3,373.71 |
| SILVER+FINDINGS(V) | 0.00 |
| LABOUR | 511.15 |
| LABOUR(S) | 0.00 |
| FINDINGS(B) | 0.00 |
| STONE(B) | 0.00 |
| STONE(V) | 0.00 |

PAYMENT TERMS:
(DUE DATE ON 2017-09-30)  2 months EOM
                          COPPER+FINDINGS(V)
                          GOLD+FINDINGS(V)
                          LABOUR
                          TOTAL USD 3,885.71

| | | |
|---|---|---|
| TOTAL : | 43 | 3,885.71 |
| Add chain | | 0.00 |
| ADJUSTMENT | | 0.00 |
| ADD PACKING | | 0.00 |
| Add tag | | 0.00 |
| INSURANCE | | 0.00 |

Trade term: FCA Hong Kong
Settlement remit to:
DBS Bank (Hong Kong) Ltd.
– SWIFT : DHBKHKHH
A/C: 016-478-786185642 (USD)

-Goods sold are not returnable and refundable.
-Goods Mentioned in this invoice will remain our property until full pay for them
has been received.

NET TOTAL:  3,885.71

RECEIVED BY: _____

TRACKING:  34055344248

PREPARED BY:  bell(HK)

Diamonds here in invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United nations resolution
The seller hereby guarantees that these diamonds are conflict free based on personal  knowledge and/or written guarantees provided by the supplier of
these diamonds

PLTF 00373

# MJ MANJUSAKA JEWELERS CO., LTD

UNIT 08,12/FL.,TOWER A FOCAL IND CENTRE,21 MAN LOK STREET,HUNG HOM,KOWLOON,HONG KONG
TEL:(852)27657983-6  FAX:(852)2362-8403  EMAIL:manjusaka@manjusaka.com.hk

## COMMERCIAL INVOICE

BILL TO / BUYER :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION:
TEL:(718)-391-7400 FAX:(718)-391-7575

SHIP TO :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION: /
TEL:(718)-391-7400 FAX:(718)-391-7575

INVOICE#: MF170867
TYPE: OTC
DATE: 2017-07-22
REVISE:
PAGE: 3 / 3

| JS#/Item# | Description Of Goods | | QTY | | Unit(USD) | Total(USD) |
|---|---|---|---|---|---|---|
| 19  1705598 | SS DIAMOND-BRACELET (MIXED CHAIN) | LB $28.15 | 24 | PC | 36.822 | 883.7280 |
| SSBK15035DW04 | 925 15.8866  SILVER BASE 16.53 | FULL W 383.21G | | | | |
| 2SKB5035D | 40 CD 0.4022 | 40 F22RD925-2.5/001 0 | | | | |
| 72633(6LN) | 1 OT-STLESSTONGUE 0 | | | | | |
| 20  1705858 | SS DIAMOND-RING 12# | LB $5.72 | 1 | PC | 7.364 | 7.3640 |
| SSRK101384DMOT | 925 3.116  SILVER BASE 15.84 | FULL W 3.15G | | | | |
| 4SMR384D | 23 CD 0.17 | 1 F22RD925-5.5/4.2mm 0 | | | | |
| 72686(6LN)SO | | | | | | |
| 21  1706282 | SS WHITE DIAMOND-NECKLACE (MIXED CHAIN) | LB $4.61 | 1 | PC | 5.5649 | 5.5649 |
| SSNK15405DMOT | 925 1.72  SILVER BASE 16.67 | FULL W 1.73G | | | | |
| 2SKMN405D | 9 CD 0.05 | | | | | |
| 72583(12GI) | | | | | | |

TOTAL -W:5225.7  STONE:4.0186

REMARK:
 ALL ITEM MAIN COMPONENT: 925 SILVER JEWELLERY
**COUNTRY OF ORIGIN OF CHINA
**925 NET WEIGHT=5039.491**GM
**Paper NET WEIGHT=0**GM
**STEEL NET WEIGHT=0**GM
NOT SOLID WOOD PACKING MATERIAL

PAYMENT TERMS:
(DUE DATE ON 2017-09-30)  2 months EOM
                          COPPER+FINDINGS(V)
                          SILVER+FINDINGS(V)
                          LABOUR
                          TOTAL USD 10,853.12

| | |
|---|---|
| COPPER+FINDINGS(V) | 1.75 |
| GOLD+FINDINGS(V) | 0.00 |
| SILVER+FINDINGS(V) | 2,779.47 |
| LABOUR | 8,071.90 |
| LABOUR(S) | 0.00 |
| FINDINGS(B) | 0.00 |
| STONE(B) | 0.00 |
| STONE(V) | 0.00 |

| | | |
|---|---|---|
| TOTAL : | 525 | 10,853.12 |
| Add chain | | 0.00 |
| ADJUSTMENT | | 0.00 |
| ADD PACKING | | 0.00 |
| Add tag | | 0.00 |
| INSURANCE | | 0.00 |

Trade term: FCA Hong Kong
Settlement remit to:
DBS Bank (Hong Kong) Ltd.
– SWIFT : DHBKHKHH
A/C: 016-478-788185642 (USD)

NET TOTAL:                10,853.12

RECEIVED BY:

-Goods sold are not returnable and refundable.
-Goods Mentioned in this invoice will remain our property until full pay for them
has been received.

TRACKING:   34055344248

PREPARED BY:   bell(HK)

Diamonds here in invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United nations resolution
The seller hereby guarantees that these diamonds are conflict free based on personal knowledge and/or written guarantees provided by the supplier of
these diamonds

PLTF 00374

# MJ MANJUSAKA JEWELERS CO., LTD

UNIT 08,12/FL.,TOWER A FOCAL IND CENTRE,21 MAN LOK STREET,HUNG HOM,KOWLOON,HONG KONG
TEL:(852)27657983-6  FAX:(852)2362-8403  EMAIL:manjusaka@manjusaka.com.hk

## COMMERCIAL INVOICE

BILL TO / BUYER :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION:
TEL.(718)-391-7400  FAX:(718)-391-7575

SHIP TO :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION: /
TEL.(718)-391-7400  FAX:(718)-391-7575

INVOICE#: MF170868
TYPE: DLC
DATE: 2017-07-22
REVISE:
PAGE: 3 / 3

REMARK:
ALL ITEM MAIN COMPONENT: 925 SILVER JEWELLERY
**COUNTRY OF ORIGIN OF CHINA
**925 NET WEIGHT=3738.491**GM
NOT SOLID WOOD PACKING MATERIAL

PAYMENT TERMS:
(DUE DATE ON 2017-09-30)  2 months EOM
                          SILVER+FINDINGS(V)
                          LABOUR
                          TOTAL USD 11,908.00

Trade term: FCA Hong Kong
Settlement remit to:
DBS Bank (Hong Kong) Ltd.
– SWIFT: DHBKHKHH
A/C: 016-478-788185642 (USD)

-Goods sold are not returnable and refundable.
-Goods Mentioned in this invoice will remain our property until full pay for them
has been received.

| | | |
|---|---|---|
| COPPER+FINDINGS(V) | | 0.00 |
| GOLD+FINDINGS(V) | | 0.00 |
| SILVER+FINDINGS(V) | | 2,078.33 |
| LABOUR | | 9,829.67 |
| LABOUR(S) | | 0.00 |
| FINDINGS(B) | | 0.00 |
| STONE(B) | | 0.00 |
| STONE(V) | | 0.00 |
| TOTAL : | 449 | 11,908.00 |
| Add chain | | 0.00 |
| ADJUSTMENT | | 0.00 |
| ADD PACKING | | 0.00 |
| Add tag | | 0.00 |
| INSURANCE | | 0.00 |
| NET TOTAL: | | 11,908.00 |

RECEIVED BY:

TRACKING:  34055344248

PREPARED BY:  bell(HK)

Diamonds here in invoiced have been purchased from legitimate sources not involved in funding conflict and in compliance with United nations resolution
The seller hereby guarantees that these diamonds are conflict free based on personal  knowledge and/or written guarantees provided by the supplier of
these diamonds

PLTF 00375

# MJ MANJUSAKA JEWELERS CO., LTD

UNIT 08,12/FL.,TOWER A FOCAL IND CENTRE,21 MAN LOK STREET,HUNG HOM,KOWLOON,HONG KONG
TEL:(852)27657983-6  FAX:(852)2382-8403  EMAIL:manjusaka@manjusaka.com.hk

## COMMERCIAL INVOICE

BILL TO / BUYER :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION:
TEL:(718)-391-7400 FAX:(718)-391-7575

SHIP TO :
Anaya Gems, Inc.
31-00 47TH AVENUE,5TH FLOOR
LONG ISLAND CITY,NY 11101
ATTENTION: /
TEL:(718)-391-7400 FAX:(718)-391-7575

INVOICE#: MF170877
TYPE: DLC
DATE: 2017-07-22
REVISE:
PAGE: 1 / 1

| JS#/Item# | Description Of Goods | | QTY | | Unit(USD) | Total(USD) |
|---|---|---|---|---|---|---|
| 1 1705984 | 10KY Cubic Zirconium-NECKLACE (MIXED CHAIN) | LB $12.75 | 1 | PC | 59.7995 | 59.7995 |
| RYNK105789CZ | 10K 2.3419  GOLD BASE(OZ) 1223.3 | FULL W 5.195G | | | | |
| K105789 | 13 CZ  0.3655 | 2 F22RD10KW-2.1/0004 0 | | | | |
| MS-S728(JS)LS | 4 F22RD10KW-2.5/0008 0 | 2 F22RD10KW-2.75/001 0 | | | | |
| | 4 F22RD10KW-3.5/003 0 | 1 F22RD10KW-3/002 0 | | | | |
| | 1 OT-SCHAIN-8  2.78 | | | | | |

TOTAL  W:5.195 STONE:0.3655

REMARK:

**COUNTRY OF ORIGIN OF CHINA
**10K NET WEIGHT=2.342**GM
**10KW NET WEIGHT=0**GM
NOT SOLID WOOD PACKING MATERIAL

PAYMENT TERMS:
(DUE DATE ON 2017-09-30)  2 months EOM
　　　GOLD+FINDINGS(V)
　　　LABOUR
　　　STONE(V)
　　　TOTAL USD 59.80

Trade term: FCA Hong Kong
Settlement remit to:
DBS Bank (Hong Kong) Ltd.
– SWIFT : DHBKHKHH
A/C: 016-478-788185642 (USD)

-Goods sold are not returnable and refundable.
-Goods Mentioned in this invoice will remain our property until full pay for them
has been received.

| | | |
|---|---|---|
| COPPER+FINDINGS(V) | | 0.00 |
| GOLD+FINDINGS(V) | | 42.25 |
| SILVER+FINDINGS(V) | | 0.00 |
| LABOUR | | 12.75 |
| LABOUR(S) | | 0.00 |
| FINDINGS(B) | | 0.00 |
| STONE(B) | | 0.00 |
| STONE(V) | | 4.80 |
| TOTAL : | 1 | 59.80 |
| Add chain | | 0.00 |
| ADJUSTMENT | | 0.00 |
| ADD PACKING | | 0.00 |
| Add tag | | 0.00 |
| INSURANCE | | 0.00 |
| NET TOTAL: | | 59.80 |

RECEIVED BY: _____

TRACKING:  34055344248

PREPARED BY:  bell(HK)

# Exhibit A.2

2/28/2018

| Invoice # | Vendor # | Date | Loss Factor | Tot Rct Qty | Tot Rct Wt | Tot Inv Val | Duty | Shipping | Est Gold | Est Gross Inv | Postage | Calc Inv Tot | Invoice Tot | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MFI170701 | MANIU | 6/10/2017 | 0.459 | 20 | 47.55 | $1,610.96 | $86.60 | $7.60 | $ | $1,610.96 | | $1,516.76 | $993.97 | $522.79 |
| MFI170702 | MANIU | 6/10/2017 | 1.100 | 301 | 89.83 | $644.79 | $34.67 | $3.03 | $ | $644.79 | | $607.09 | $267.13 | $339.96 |
| MFI170721 | MANIU | 6/14/2017 | 1.100 | 180 | 1941.10 | $6,488.45 | $348.03 | $30.55 | $ | $6,488.45 | | $6,109.07 | $5,074.19 | $1,034.88 |
| MFI170734 | MANIU | 6/19/2017 | 1.100 | 72 | 775.21 | $2,531.54 | $136.10 | $11.92 | $ | $2,531.54 | | $2,383.52 | $1,969.00 | $414.52 |
| MFI170720 | MANIU | 6/14/2017 | 0.459 | 50 | 119.26 | $4,114.38 | $222.82 | $19.50 | $ | $4,114.38 | | $3,902.06 | $2,506.36 | $1,395.70 |
| MFI170733 | MANIU | 6/19/2017 | 0.459 | 31 | 81.06 | $2,256.20 | $121.30 | $10.62 | $ | $2,256.20 | | $2,124.28 | $1,734.61 | $389.67 |
| MFI170749 | MANIU | 6/21/2017 | 0.459 | 18 | 193.01 | $628.69 | $33.80 | $2.96 | $ | $628.69 | | $591.93 | $492.89 | $99.04 |
| MFI170748 | MANIU | 6/21/2017 | 0.459 | 2 | 5.22 | $144.11 | $7.75 | $0.68 | $ | $144.11 | | $135.60 | $110.54 | $25.14 |
| MFI170763 | MANIU | 6/24/2017 | 0.459 | 20 | 11.08 | $34.93 | $1.88 | $0.15 | $ | $34.93 | | $32.89 | $27.13 | $5.76 |
| MFI170799 | MANIU | 7/5/2017 | 1.100 | 19 | 120.26 | $649.68 | $34.93 | $3.06 | $ | $649.68 | | $611.69 | $507.68 | $104.01 |
| MM170011 | MANIU | 7/5/2017 | 1.100 | 639 | 53.00 | $497.86 | $26.77 | $2.34 | $ | $497.86 | | $468.75 | $147.50 | $321.25 |
| MFI170812 | MANIU | 7/8/2017 | 1.100 | 261 | 2772.22 | $14,360.42 | $772.04 | $67.61 | $ | $14,360.42 | | $13,520.77 | $8,913.32 | $4,607.45 |
| MFI170786 | MANIU | 7/4/2017 | 1.100 | 703 | 80.02 | $980.24 | $52.70 | $4.61 | $ | $980.24 | | $922.93 | $335.33 | $587.60 |
| MFI170828 | MANIU | 7/12/2017 | 1.100 | 171 | 2907.32 | $15,809.38 | $649.93 | $74.43 | $ | $15,809.38 | | $14,885.02 | $9,444.83 | $5,440.19 |
| MFI170829 | MANIU | 7/12/2017 | 0.459 | 1 | 410.00 | $14,659.97 | $798.09 | $69.01 | $ | $14,659.97 | | $13,801.07 | $8,810.33 | $4,991.49 |
| MM170012 | MANIU | 7/15/2017 | 0.459 | 27 | 2.65 | $20.29 | $1.09 | $0.10 | $ | $20.29 | | $19.10 | $7.50 | $11.60 |
| MFI170840 | MANIU | 7/15/2017 | 0.459 | 433 | 64.10 | $2,303.24 | $123.83 | $10.04 | $ | $2,303.24 | | $2,168.57 | $1,380.44 | $788.13 |
| MFI170841 | MANIU | 7/15/2017 | 1.100 | 3 | 2045.99 | $12,252.03 | $658.69 | $57.68 | $ | $12,252.03 | | $11,535.66 | $8,658.72 | $2,876.94 |
| MFI170799D | MANIU | 7/5/2017 | 1.100 | 14 | 57.75 | $342.19 | $19.54 | $1.71 | $ | $342.19 | | $342.19 | $194.35 | $147.84 |
| MFI170855 | MANIU | 7/19/2017 | 0.459 | 15 | 34.65 | $363.44 | $54.18 | $4.75 | $ | $363.44 | | $948.85 | $743.20 | $205.65 |
| MM170015 | MANIU | 7/19/2017 | 1.100 | 608 | 45.11 | $554.57 | $29.81 | $2.61 | $ | $554.57 | | $522.15 | $120.00 | $402.15 |
| MFI170856 | MANIU | 7/19/2017 | 1.100 | 449 | 3481.81 | $16,649.27 | $895.00 | $78.38 | $ | $16,649.27 | | $15,675.81 | $10,176.87 | $5,498.94 |
| MFI170868 | MANIU | 7/22/2017 | 1.100 | 4 | 3781.90 | $16,225.72 | $872.32 | $76.39 | $ | $16,225.72 | | $15,277.01 | $11,908.00 | $3,369.01 |
| MFI170856D | MANIU | 7/19/2017 | 1.100 | 242 | 19.85 | $9,184.47 | $493.78 | $43.24 | $ | $9,184.47 | | $8,647.45 | $5,902.02 | $2,745.43 |
| MFI170882 | MANIU | 7/26/2017 | 1.100 | 203 | 2393.51 | $5,724.98 | $307.70 | $26.95 | $ | $5,724.98 | | $5,390.25 | $3,873.96 | $1,516.29 |
| MFI170902 | MANIU | 7/29/2017 | 1.100 | 101 | 1180.50 | $2,691.22 | $144.69 | $12.66 | $ | $2,691.22 | | $2,533.87 | $1,947.01 | $586.86 |
| MFI170934 | MANIU | 8/5/2017 | 1.100 | 6 | 667.09 | $76.22 | $4.10 | $0.36 | $ | $76.22 | | $71.76 | $36.00 | $35.76 |
| MM170017 | MANIU | 7/26/2017 | 1.100 | 12300 | 14.02 | $371,218.81 | $19,957.24 | $1,747.57 | $ | $371,218.81 | | $349,514.00 | $94,700.00 | $254,814.00 |
| MM170014 | MANIU | 7/29/2017 | 1.100 | 132000 | 35650.68 | $1,547,246.04 | $83,182.14 | $7,283.90 | $ | $1,547,246.04 | | $1,456,780.00 | $726,000.00 | $730,780.00 |
| MM170023 | MANIU | 7/21/2017 | 1.100 | 385 | 244384.60 | $10,478.58 | $563.35 | $49.33 | $ | $10,478.58 | | $9,865.90 | $2,915.00 | $6,950.90 |
| MM170021 | MANIU | 8/9/2017 | 1.100 | 1817 | 1063.00 | $52,486.93 | $2,821.77 | $247.10 | $ | $52,486.93 | | $49,418.06 | $13,891.00 | $35,527.06 |
| MFI170948 | MANIU | 8/5/2017 | 1.100 | 141 | 5106.49 | $3,512.13 | $188.82 | $16.53 | $ | $3,512.13 | | $3,306.79 | $2,218.49 | $1,088.29 |
| MFI170962 | MANIU | 8/9/2017 | 1.100 | 72 | 664.59 | $1,895.31 | $101.89 | $8.91 | $ | $1,895.31 | | $1,784.51 | $1,322.20 | $462.31 |
| MFI170919 | MANIU | 8/12/2017 | 1.100 | 500 | 435.71 | $6,616.68 | $355.73 | $31.15 | $ | $6,616.68 | | $6,230.00 | $3,250.00 | $2,980.00 |
| MM170024 | MANIU | 8/11/2017 | 1.100 | 47500 | 1120.10 | $528,118.61 | $28,392.41 | $2,466.20 | $ | $528,118.61 | | $497,240.00 | $230,750.00 | $266,490.00 |
| MM170026 | MANIU | 8/16/2017 | 1.100 | 5 | 79931.00 | $127.90 | $6.08 | $0.60 | $ | $127.90 | | $120.50 | $37.50 | $83.00 |
| MFI170903 | MANIU | 8/19/2017 | 1.100 | 6 | 13.09 | $232.09 | $12.40 | $1.10 | $ | $232.09 | | $218.51 | $187.49 | $31.02 |
| MFI170824AF | MANIU | 8/19/2017 | 1.100 | -10 | 53.78 | $(104.83) | $(5.64) | $(0.49) | $ | $(104.83) | | $(99.70) | | $(98.70) |
| MFI170024 | MANIU | 8/26/2017 | 1.100 | 138 | 572.95 | $3,342.89 | $179.72 | $15.74 | $ | $3,342.89 | | $3,147.43 | $2,144.53 | $1,002.90 |
| MFI171008 | MANIU | 8/25/2017 | 1.100 | 3 | 32.89 | $116.86 | $6.28 | $0.55 | $ | $116.86 | | $110.03 | $81.07 | $28.96 |
| MFI170036 | MANIU | 8/24/2017 | 1.100 | 7 | 30.82 | $160.85 | $8.65 | $0.76 | $ | $160.85 | | $151.44 | $95.37 | $56.07 |
| MM170033 | MANIU | 8/30/2017 | 1.100 | 85989 | 26.65 | $118.06 | $6.35 | $0.55 | $ | $118.06 | | $111.16 | $51.50 | $59.66 |
| MM170025 | MANIU | 8/30/2017 | 1.100 | 39988 | 17.39 | $1,142,492.73 | $61,422.03 | $5,378.46 | $ | $1,142,492.73 | | $1,075,692.24 | $558,928.50 | $516,763.74 |
| MM170029 | MANIU | 9/25/2017 | 1.100 | 22000 | 183707.14 | $473,554.49 | $25,458.96 | $2,229.33 | $ | $473,554.49 | | $445,866.20 | $179,946.00 | $265,920.20 |
| MM170030 | MANIU | 8/18/2017 | 1.100 | 60000 | 59982.00 | $244,385.78 | $13,138.53 | $1,150.48 | $ | $244,385.78 | | $230,096.77 | $77,000.00 | $153,096.77 |
| MM170032 | MANIU | 8/23/2017 | 1.100 | 1 | 33277.20 | $758,339.40 | $40,769.40 | $3,570.00 | $ | $758,339.40 | | $714,000.00 | $330,000.00 | $384,000.00 |
| MFI17056 | MANIU | 9/6/2017 | 1.100 | 22 | 23.80 | $23.80 | $1.28 | $0.11 | $ | $23.80 | | $22.41 | $13.62 | $8.79 |
| MM170037 | MANIU | 9/1/2017 | 1.100 | | 39.77 | $279.38 | $15.02 | $1.32 | $ | $279.38 | | $263.04 | $119.00 | $144.04 |
| MFI17056F | MANIU | 9/13/2017 | 1.100 | 0 | 127080.00 | $0.00 | $ | $ | $ | $ | | | | |
| MFI170749F | MANIU | 9/6/2017 | 1.100 | 0 | 0.00 | $0.00 | $ | $ | $ | $ | | | | |
| MFI170594F | MANIU | 5/17/2017 | 1.100 | 0 | 0.00 | $0.00 | $ | $ | $ | $ | | | | |

2/28/2018

| Invoice # | Vendor # | Date | Loss Factor | Tot Rct Qty | Tot Rct Wt | d+s+es+G Tot Inv Val | Duty | Shipping | Est Gold | Est Gross Inv | Postage | from Bom comp Calc Inv Tot | Invoice Tot | Difference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MFI170794 | MANJU | 7/4/2017 | 1.000 | 1 | 2.72 | 7.09 | 0.38 | 0.03 | | 7.09 | | 6.68 | 4.87 | 1.81 |
| MFI170838 | MANJU | 7/15/2017 | 0.585 | 7 | 44.12 | 5,612.68 | 301.74 | 26.42 | | 5,612.68 | | 5,284.52 | 1,269.91 | 4,014.61 |
| MFI170839 | MANJU | 7/15/2017 | 1.000 | 194 | 645.23 | 903.38 | 32.52 | 79.10 | | 16,803.46 | | 15,820.98 | 3,748.44 | 12,072.54 |
| MFI170836 | MANJU | 7/18/2017 | 1.000 | 6 | 20.15 | 604.93 | | 2.04 | | 604.93 | | 569.57 | 569.57 | |
| MFI170837 | MANJU | 7/15/2017 | 1.000 | 5 | 50.90 | 243.86 | 4.63 | 1.15 | | 243.86 | | 229.60 | 172.42 | 57.18 |
| MFI170819 | MANJU | 7/8/2017 | 0.417 | 1 | 1.21 | 86.21 | 4.21 | 0.41 | | 86.21 | | 81.17 | 81.17 | |
| MFI170776 | MANJU | 7/4/2017 | 1.000 | 1 | 5.00 | 78.28 | 57.73 | 0.37 | | 78.28 | | 73.70 | 73.70 | |
| MFI170798 | MANJU | 7/5/2017 | 1.000 | 6 | 88.76 | 1,073.84 | | 5.06 | | 1,073.84 | | 1,011.05 | 1,011.05 | |
| MFI170810 | MANJU | 7/8/2017 | 1.000 | 24 | 193.31 | 86.09 | 86.09 | 7.56 | | 1,601.32 | | 1,507.67 | 1,507.67 | |
| MFI170826 | MANJU | 7/12/2017 | 1.000 | 21 | 221.03 | 1,212.03 | 65.16 | 5.71 | | 1,212.03 | | 1,141.16 | 1,141.16 | |
| MFI170809 | MANJU | 7/8/2017 | 1.000 | 21 | 25.98 | 713.13 | 38.33 | 3.35 | | 713.13 | | 671.45 | 671.45 | |
| MFI170827 | MANJU | 7/12/2017 | 1.000 | 1 | 8.21 | 33.38 | 1.79 | 0.16 | | 33.38 | | 31.43 | 31.43 | |
| MFI170825 | MANJU | 7/12/2017 | 1.000 | 26 | 123.42 | 3,013.84 | 162.02 | 14.19 | | 3,013.84 | | 2,837.63 | 2,837.63 | |
| MFI170854 | MANJU | 7/19/2017 | 0.417 | 380 | 2987.12 | 18,322.56 | 985.06 | 86.25 | | 18,322.56 | | 17,251.25 | 8,796.81 | 8,454.44 |
| MFI170853 | MANJU | 7/19/2017 | 0.585 | 6 | 17.24 | 914.39 | 49.16 | 4.30 | | 914.39 | | 860.93 | 466.82 | 394.11 |
| MFI170866 | MANJU | 7/22/2017 | 1.000 | 43 | 142.78 | 15,775.06 | 848.00 | 74.27 | | 15,775.06 | | 14,852.70 | 3,885.71 | 10,966.99 |
| MFI170867 | MANJU | 7/22/2017 | 1.000 | 525 | 5040.18 | 20,027.57 | 1,076.71 | 94.27 | | 20,027.57 | | 18,856.59 | 10,053.12 | 8,003.47 |
| MFI170852 | MANJU | 7/19/2017 | 1.000 | 29 | 16.18 | 80.76 | 4.34 | 0.38 | | 80.76 | | 76.04 | 47.45 | 28.59 |
| MFI170851 | MANJU | 7/19/2017 | 0.417 | 8 | 111.69 | 2,617.85 | 140.74 | 12.31 | | 2,617.85 | | 2,464.80 | 2,464.80 | |
| MFI170887 | MANJU | 7/26/2017 | 1.000 | 8 | 147.70 | 284.73 | 15.31 | 1.34 | | 284.73 | | 268.00 | 204.08 | 64.00 |
| MFI170886 | MANJU | 7/26/2017 | 0.417 | 3 | 2.85 | 270.43 | 14.54 | 1.27 | | 270.43 | | 254.62 | 94.62 | 160.00 |
| MFI170892 | MANJU | 7/26/2017 | 0.417 | 2 | 9.47 | 660.22 | 35.49 | 3.11 | | 660.22 | | 621.62 | 220.80 | 400.82 |
| MFI170885 | MANJU | 7/16/2017 | 1.000 | 2893 | 7237.47 | 44,169.00 | 2,374.59 | 14.78 | | 44,169.00 | | 41,586.48 | 21,084.09 | 20,502.39 |
| MFI170864 | MANJU | 7/22/2017 | 1.000 | 36 | 139.59 | 63.51 | 169.00 | 0.30 | | 3,143.37 | | 2,959.59 | 2,959.59 | |
| MFI170877 | MANJU | 7/22/2017 | 0.417 | 1 | 2.35 | 510.85 | 3.41 | 2.41 | | 510.85 | | 480.96 | 480.96 | |
| MFI170865 | MANJU | 7/22/2017 | 1.000 | 18 | 91.16 | 100.09 | 27.40 | 0.47 | | 100.09 | | 94.23 | 94.23 | |
| MFI170883 | MANJU | 7/26/2017 | 1.000 | 3 | 10.43 | 1,238.43 | 5.39 | 5.84 | | 1,238.43 | | 1,166.00 | 1,166.01 | 3,704.40 |
| MFI170884 | MANJU | 7/26/2017 | 1.000 | 14 | 51.63 | 6,082.70 | 66.58 | 28.63 | | 6,082.70 | | 5,727.06 | 2,022.66 | 34,125.47 |
| MFI170912 | MANJU | 7/29/2017 | 1.000 | 110 | 388.10 | 61,983.58 | 327.01 | 291.81 | | 61,983.58 | | 58,359.44 | 24,233.97 | 3,669.25 |
| MFI170903 | MANJU | 7/29/2017 | 1.000 | 3167 | 7731.51 | 4,780.77 | 3,332.33 | 22.51 | | 4,780.77 | | 4,501.24 | 831.99 | |
| MFI170900 | MANJU | 7/29/2017 | 0.585 | 5 | 29.40 | 899.13 | 257.02 | 4.23 | | 899.13 | | 846.56 | 846.56 | |
| MFI170916 | MANJU | 7/29/2017 | 1.000 | 23 | 116.60 | 206.06 | 48.34 | 0.98 | | 206.06 | | 194.95 | 194.95 | |
| MFI170933 | MANJU | 8/2/2017 | 0.417 | 1 | 10.21 | 49,993.27 | 11.13 | 235.35 | | 49,993.27 | | 47,070.22 | 20,856.21 | 26,214.01 |
| MFI170932 | MANJU | 8/2/2017 | 1.000 | 1419 | 6029.10 | 40,113.30 | 2,687.70 | 188.85 | | 40,113.30 | | 37,767.89 | 10,444.31 | 27,323.58 |
| MFI170914 | MANJU | 8/5/2017 | 0.417 | 86 | 361.79 | 12,631.69 | 2,156.56 | 59.46 | | 12,631.69 | | 11,893.11 | 6,666.88 | 5,226.23 |
| MFI170919 | MANJU | 8/5/2017 | 1.000 | 355 | 2562.71 | 757.57 | 679.11 | 3.57 | | 757.57 | | 713.27 | 713.27 | |
| MFI170915 | MANJU | 8/2/2017 | 1.000 | 8 | 41.98 | 224.19 | 40.73 | 1.06 | | 224.19 | | 211.08 | 211.08 | |
| MFI170947 | MANJU | 8/2/2017 | 1.000 | 3 | 10.84 | 400.71 | 12.05 | 1.89 | | 400.71 | | 377.28 | 377.28 | |
| MFI170946 | MANJU | 8/5/2017 | 1.000 | 1 | 10.43 | 63.47 | 21.54 | 0.30 | | 63.47 | | 59.76 | 59.76 | |
| MFI170961 | MANJU | 8/9/2017 | 0.417 | 55 | 2.24 | 1,314.55 | 3.41 | 6.19 | | 1,314.55 | | 1,237.71 | 1,237.71 | |
| MFI170931 | MANJU | 8/9/2017 | 0.417 | 6 | 205.31 | 297.73 | 70.65 | 1.40 | | 297.73 | | 280.33 | 253.13 | 48.80 |
| MFI170944 | MANJU | 8/9/2017 | 1.000 | 438 | 10.88 | 16,390.10 | 16.00 | 77.19 | | 16,390.10 | | 15,431.77 | 7,005.89 | 8,425.88 |
| MFI170958 | MANJU | 8/12/2017 | 1.000 | 62 | 2742.66 | 3,421.63 | 881.14 | 16.12 | | 3,421.63 | | 3,221.57 | 2,830.28 | 391.29 |
| MFI170959 | MANJU | 8/12/2017 | 1.000 | 2075 | 419.36 | 47,591.56 | 183.94 | 224.05 | | 47,591.56 | | 44,808.93 | 17,336.07 | 27,472.86 |
| MFI170960 | MANJU | 8/12/2017 | 1.000 | 2 | 6504.47 | 72.87 | 2,558.58 | 0.34 | | 72.87 | | 68.61 | 27.57 | 41.04 |
| MFI170984 | MANJU | 8/19/2017 | 1.000 | 137 | 936.75 | 5,102.02 | 274.28 | 24.02 | | 5,102.02 | | 4,803.72 | 2,420.13 | 2,383.59 |

# Exhibit A.3

# Exhibit A.3 -- Example 1 in Complaint

**FROM ANAYA GEMS' COMPUTER RECORDS:**

| Manjusaka Invoice | Value of Imports Reported to CBP for Calc. of Duties | Actual Value of the Imports* | Unreported Value of the Imports* | Customs Duties Owed on Actual Value of the Imports* |
|---|---|---|---|---|
| MM170014 | $726,000 | $1,456,780 | $730,780 | $83,182.14 |
| MF170864 | $2,959.59 | $2959.59 | $0 | $169 |
| MF170865 | $480.96 | $480.96 | $0 | $27.48 |
| MF170866 | $3,885.71 | $14,852.70 | $10,966.99 | $848.09 |
| MF170867 | $10,853.12 | $18,856.59 | $8,003.47 | $1,076.71 |
| MM170868 | $11,908 | $15,277.01 | $3,369.01 | $872.32 |
| MF170877 | $59.80 | $59.80 | $0 | $3.41 |
| **TOTAL CUSTOM DUTIES OWED** | | | | **$86,179.15** |

**UNDERPAYMENT OF CUSTOMS DUTIES IN EXAMPLE 1:**

| Customs Duties Owed on True Value of Imports in Example 1 (Rather than Value Reported) | $86,179.15 |
|---|---|
| Customs Duties Actually Paid | $38,322.71 |
| **Underpayment of Duties Based on Anaya Gems' Computer Records** | **$47,856.44** |

*These values are based on Anaya Gems' records.