UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *ex rel.* BOAZ HIRSHBERG,

            Plaintiff,

    v.

ANAYA GEMS, INC.; DIALUCK CORP., a d/b/a of ANAYA GEMS, INC.; OTC INT'L, INC., a d/b/a of ANAYA GEMS, INC.; ANTRIX DIAMOND EXPORTS, LTD.; DNM JEWELRY INC.; SHUBH DIAMONDS EXPORTS PRIVATE, LTD.; SDC DESIGNS, LLC; DIAM TRADE CORP.; SUPER DIAMONDS, a d/b/a of SDC DESIGNS, LLC; AJAY GANDHI, a principal of ANAYA GEMS, INC.; ANSHUL GANDHI, a principal of ANAYA GEMS, INC.; MANJUSAKA JEWELERS CO., LTD.; and LA VIE PREMIUM LTD.;

            Defendants.

**ORDER**

18 Civ. 3042 (ER)

RAMOS, D.J.

    On April 6, 2018, Boaz Hirschberg ("Relator") brought this action against Anaya Gems, Inc. and others for violation of the False Claims Act. Doc. 5. On August 13, 2020, the United States filed a complaint in intervention. Doc. 8. That same day, the Court entered (1) a stipulation and order of settlement between the United States and Relator, and (2) a stipulation and order of settlement between the United States, Relator, and Defendant Anshul Gandhi. Docs. 9, 10. On October 7, 2020, Anaya Gems was served, but has neither appeared nor responded.

    The United States and Relator are therefore directed to submit a status report regarding the status of the case by **April 19, 2021**.

    It is SO ORDERED.

Dated: April 5, 2021
       New York, New York

                                            Edgardo Ramos, U.S.D.J.