UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|   |   |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BOAZ HIRSHBERG,<br><br>                                    Plaintiff,<br><br>                    v.<br><br>ANAYA GEMS, INC.; DIALUCK CORP., a d/b/a of ANAYA GEMS, INC.; OTC INT'L, INC., a d/b/a of ANAYA GEMS, INC.; ANTRIX DIAMOND EXPORTS, LTD.; DNM JEWELRY INC.; SHUBH DIAMONDS EXPORTS PRIVATE, LTD.;  SDC DESIGNS, LLC; DIAM TRADE CORP.; SUPER DIAMONDS, a d/b/a of SDC DESIGNS, LLC;  AJAY GANDHI, a principal of ANAYA GEMS, INC.; ANSHUL GANDHI, a principal of ANAYA GEMS, INC.; MANJUSAKA JEWELERS CO., LTD.; and LA VIE PREMIUM LTD.;<br><br>                                    Defendants. | **ORDER**<br><br>18 Civ. 3042 (ER) |

Ramos, D.J.:

On April 6, 2018, Boaz Hirschberg ("Relator") brought this action against Anaya Gems, Inc. and others for violation of the False Claims Act.  Doc. 5.  On August 13, 2020, the United States filed a complaint in intervention.  Doc. 8.  That same day, the Court entered (1) a stipulation and order of settlement between the United States and Relator, and (2) a stipulation and order of settlement and dismissal between the United States, Relator, and Defendant Anshul Gandhi.  Docs. 9, 10.  On October 7, 2020, Anaya Gems was served, but did not respond or appear in this action.  On April 5, 2021, the Court directed the United States and Relator to submit a status report.  Doc. 13.

On April 21, 2021, the United States and Relator filed a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Doc. 15.  The United States dismissed its claims against Anaya Gems, and Relator dismissed his claims against all remaining defendants.  *Id.*  The Court so ordered the notice of voluntary dismissal the same day.  Doc. 16.  Accordingly, as all claims against all defendants have either been settled or dismissed, the Clerk of Court is

2

respectfully directed to close the case.

It is SO ORDERED.

Dated: November 15, 2021
       New York, New York

                                                                                             Edgardo Ramos, U.S.D.J.